IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Alexis J. Hammonds, # 239553 | ) | C.A. No. 2:06-3066-TLW-RSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | ORDER |
| | ) | |
| Jon Ozmint, Director, South Carolina | ) | |
| Department of Corrections (SCDC); and | ) | |
| Bob Ward, Deputy Director of SCDC, | ) | |
| | ) | |
| Defendants. | ) | |

The *pro se* plaintiff filed this action pursuant to Title 42, United States Code, Section 1983 in October of 2006 (Doc. # 1). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Robert S. Carr, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). (Doc. # 46). In his Report, Magistrate Judge Carr recommends that the motion filed by defendants for summary judgment be granted in its entirety, that all other motions be deemed moot, and that the Court decline to take jurisdiction over any state law claims. The Report was filed on February 5, 2008. To date, no objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the

1

recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 59), and defendants' motion for summary judgment is **GRANTED** in its entirety (Doc. # 40). All other pending motions are deemed to be moot, and this Court declines to exercise supplemental jurisdiction over any state law claims.

**IT IS SO ORDERED.**

          s/ Terry L. Wooten
          TERRY L. WOOTEN
         UNITED STATES DISTRICT JUDGE

June 25, 2008
Florence, South Carolina